B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of New York

In re    **NSB Advisors LLC**                                    ,    Case No.    **15-35009 (CGM)**

Debtor

Chapter    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 708,822.89 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 31,060,406.84 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 708,822.89 | | |
| Total Liabilities | | | | 31,060,406.84 | |

B6A (Official Form 6A) (12/07)

In re  **NSB Advisors LLC**                                                                  ,          Case No.    **15-35009 (CGM)**
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

| In re | **NSB Advisors LLC** | | Case No. | 15-35009 (CGM) |
|---|---|---|---|---|
| | | Debtor(s) | | |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **J.P. MorganChase Bank**<br>**15 Merritt Blvd**<br>**Fishkill, NY 12524**<br>**[Operating Account]**<br>**Account # XXXXXXXXXXX5565** | - | $586.20 |
| | | **Pershing Advisor Solutions LLC**<br>**One Pershing Plaza, 14th Floor**<br>**Jersey City, NJ 07399**<br>**[Management Fee Account]**<br>**Account # XXX-XX1005** | | $215,291.24 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Westage Medical Development II, LLC**<br>**200 Westage Business Center Drive**<br>**Suite 120**<br>**Fishkill, NY 12524**<br>**[Security Deposit with Landlord]** | - | $13,945.45 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re   **NSB Advisors LLC**
_____
   **Debtor**

Case No.   15-35009 (CGM)
_____
   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Client Fees Payable** | - | **$465,000*** **\*this amount is an estimate as client fees are calculated on a final basis at the end of the 1st fiscal quarter, in early April.** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re **NSB Advisors LLC** _____    Case No. ___15-35009 (CGM)___
                    **Debtor**                                                    **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Pending arbitration against broker-dealer, C.L. King, seeking $50 million in damages.** | - | **Undetermined** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer equipment and office furniture at cost, net of depreciation.** | - | **$14,000** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

| In re | **NSB Advisors LLC** | | Case No. | 15-35009 (CGM) |
|---|---|---|---|---|
| | **Debtor** | | | **(If known)** |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total >** | **$708,822.89** |

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **NSB Advisors LLC**                                                              ,     Case No.   __15-35009 (CGM)__
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re __**NSB Advisors LLC**_____ ,    Case No. __**15-35009 (CGM)**_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                               __1____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **NSB Advisors LLC** _____,    Case No. **15-35009 (CGM)** _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | For notice purposes. | | | | | | |
| Dutchess County Dept of Finance 22 Market Street Poughkeepsie, NY 12601 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | For notice purposes. | | | | | | |
| Internal Revenue Service Bankruptcy Unit 290 Broadway - 5th Floor New York, NY 10007 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | For notice purposes. | | | | | | |
| NYS Dept of Taxation & Finance Attn: Office of Counsel Bldg 9, WA Harriman Campus Albany, NY 12227 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re    **NSB Advisors LLC** _____,    Case No. ___15-35009 (CGM)___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | | | | | |
| **Abacus Group** **Attn: Pres or Gen Counsel** **One Front Street, 10th Floor** **San Francisco, CA 94111** | - | | | | | | | 3,239.00 |
| **Account No.** | | | | | | | | |
| **Accusource, LLC** **Attn: Ryan Kerry** **120 E. Uwchlan Ave. Ste 100** **Exton, PA 19341** | | | | | | | | 22,500.00 |
| **Account No.** | | | | | | | | |
| **Advent** **Attn: Pres or Gen Counsel** **1114 Ave of the Americas #33** **New York, NY 10036** | - | | | | | | | 0.00 |
| **Account No.** | | | | | | | | |
| **Atlantic Business Products** **Attn: Pres or Gen Counsel** **PO Box 26200** **New York, NY 10087-6200** | - | | | | | | | 0.00 |

| | | |
|---|---|---|
| __9__   continuation sheets attached | Subtotal (Total of this page) | 25,739.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

S/N:26827-140320    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **NSB Advisors LLC**                                              ,     Case No.    **15-35009 (CGM)**
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Carroll et al., Atn:S. Edwards c/o Shepherd Smith et al. 1010 Lamar Street, Ste 900 Houston, TX 77002** | - | | | X | X | X | **Undetermined** |
| Account No. | | | | | | | |
| **Central Hudson Gas & Electric. Attn: Pres or Gen Counsel 284 South Avenue Poughkeepsie, NY 12601** | - | | | | | | **530.00** |
| Account No. | | | | | | | |
| **Chubb Specialty Insurance St. Paul Plaza 200 St. Paul Place, 23rd Floor Baltimore, MD 21202** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **DIRECTV Attn: Pres or Gen Counsel 2230 E. Imperial Hwy El Segundo, CA 90245** | - | | | | | | **58.99** |
| Account No. | | | | | | | |
| **Docutrend Imaging Solutions Attn: Pres or Gen Counsel 575 8th Avenue, FL 10 New York, NY 10018** | - | | | | | | **140.56** |

Sheet no. __1__ of __9__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)                              **729.55**

B6F (Official Form 6F) (12/07) - Cont.

In re  **NSB Advisors LLC** _____,    Case No.  __15-35009 (CGM)__
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Dow Jones Attn: Susan Frein 4300 US 1 South Brunswick Township, NJ 08852 | - | | | | | | 412.00 |
| Account No. | | | | | | | |
| EFCO Prods DC Non-Union Plan c/o Lax & Neville, Attn:B. Lax 1450 Broadway, 35th Fl New York, NY 10018 | - | | | X | X | X | Undetermined |
| Account No. | | | | | | | |
| Elisa Dreier Reporting Corp. Attn: Pres or Gen Counsel 950 Third Ave 5th Floor New York, NY 10022 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Factset Attn: Pres or Gen Counsel 601 Merritt 7 3rd Floor Norwalk, CT 06851 | - | | | | | | 11,559.93 |
| Account No. | | | | | | | |
| Fascet Attn: Pres or Gen Counsel 224 W. 30th St, Ste. 203 New York, NY 10001 | - | | | | | | 11,132.00 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             23,103.93

B6F (Official Form 6F) (12/07) - Cont.

In re   **NSB Advisors LLC**                                                    ,          Case No.   **15-35009 (CGM)**
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **FedEx** **Attn: Pres or Gen Counsel** **942 South Shady Grove Road** **Memphis, TN 38120** | | - | | | | | 45.26 |
| Account No. | | | | | | | |
| **FINRA** **Attn: Pres or Gen Counsel** **1735 K Street** **Washington, DC 20006** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Ganfer & Shore LLP** **360 Lexington Ave #14** **Attn: Steven J. Shore, Esq.** **New York, NY 10016** | | - | | | | | 80,749.27 |
| Account No. | | | | | | | |
| **Global Relay Communications** **220 Cambie Street, 2nd Flr** **Vancouver BC V6B 2MB** **Attn: Legal** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Interactive Data** **Attn: Legal Dept** **32 Crosby Drive** **Bedford, MA 01730** | | - | | | | | 823.50 |

Sheet no.  **3**    of  **9**    sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)          **81,618.03**

B6F (Official Form 6F) (12/07) - Cont.

In re    **NSB Advisors LLC**                                          ,    Case No.    __15-35009 (CGM)__
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Jan Pro Cleaning Systems Attn: Pres or Gen Counsel 15 NOrth Mill Street Nyack, NY 10960 | - | | | | | | 394.66 |
| Account No. | | | | | | | |
| Kenneth Palmer as Executor C/o Brian Brick, Esq. - Napoli 350 5th Avenue, Ste. 7413 New York, NY 10018 | - | | | X | X | X | 75,000.00 |
| Account No. | | | | | | | |
| Kirshon & Company, P.C. 311 Mill Street Poughkeepsie, NY 12601 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Lightower Attn: Pres or Gen Counsel 80 Central Street Boxborough, MA 01719 | - | | | | | | 1,090.00 |
| Account No. | | | | | | | |
| Lynn Gorguze IRA, et al. C/o Daniel Weiner/Hughes et al One Battery Park Plaza New York, NY 10004 | - | | | X | X | X | 25,000,000.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          25,076,484.66

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **NSB Advisors LLC** ,                 Case No. __15-35009 (CGM)__
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6894** <br><br> **NRSAccuity Inc. dba NRS** <br> **PO Box 7247-8077** <br> **Philadelphia, PA 19170-8077** | - | | | | | | 4,862.03 |
| Account No. <br><br> **NSB Holdings Group LLC** <br> **3 Rivers Edge** <br> **Newburgh, NY 12550** | - | | | | | | 325,000.00 |
| Account No. **xxx2107** <br><br> **NYSE** <br> **Attn: Director of Market Data** <br> **11 Wall Street** <br> **New York, NY 10005** | - | | | | | | 175.16 |
| Account No. **74183** <br><br> **OPRA Pricing** <br> **Attn: Pres or Gen Counsel** <br> **400 South LaSalle** <br> **Chicago, IL 60605** | - | | | | | | 263.35 |
| Account No. <br><br> **Optimum Business** <br> **Attn: Commercial Sales** <br> **6 Corporate Center Drive** <br> **Melville, NY 11747** | - | | | | | | 154.90 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 330,455.44

B6F (Official Form 6F) (12/07) - Cont.

In re **NSB Advisors LLC**        ,     Case No.    **15-35009 (CGM)**
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9431** <br><br> **Oxford Benefit Mgmt** <br> **Attn: Pres or Gen Counsel** <br> **12 Christopher Way Suite 104** <br> **Eatontown, NJ 07724** | - | | | | | | 444.78 |
| Account No. **7-8259** <br><br> **Pitney Bowes/Purchase Power** <br> **Attn: Box371874** <br> **500 Ross St, Suite 154-0470** <br> **Pittsburgh, PA 15262** | - | | | | | | 700.00 |
| Account No. **7542500** <br><br> **Pitney Bowes/Purchase Power** <br> **Attn: Box371874** <br> **500 Ross St, Suite 154-0470** <br> **Pittsburgh, PA 15262** | - | | | | | | 155.70 |
| Account No. <br><br> **Rutberg & Company LLC** <br> **Kurt Wilson,Esq -Sweeney et al** <br> **983 University Ave Ste. 104C** <br> **Los Gatos, CA 95032** | - | | | X | X | X | 265,000.00 |
| Account No. <br><br> **Schrag et al., Attn:S. Edwards** <br> **c/o Shepherd Smith et al.** <br> **1010 Lamar Street, Ste 900** <br> **Houston, TX 77002** | - | | | X | X | X | **Undetermined** |

Sheet no. __6__ of __9__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)      266,300.48

B6F (Official Form 6F) (12/07) - Cont.

In re    **NSB Advisors LLC**                                                    ,    Case No.    __15-35009 (CGM)__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Shoretel/Attn: President** **6500 River Place Blvd** **Bldg IV, Suite 200** **Austin, TX 78730** | - | | | | | | | **969.33** |
| Account No. | | | | | | | | |
| **Shred-It/Shred-it White Plains** **Attn: Pres or Gen Counsel** **420 Columbus Ave. Suite 100** **Valhalla, NY 10595** | - | | | | | | | **150.30** |
| Account No. | | | | | | | | |
| **Sungard Global Network/Auto Se** **Attn: Contract Administration** **545 Washington Blvd. 7th Flr** **Jersey City, NJ 07310** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **The Estate of Montfort** **c/o Rich,Intelisano,Attn:J Rich** **915 Broadway, Suite 900** **New York, NY 10010** | - | | | | X | X | X | **Undetermined** |
| Account No. | | | | | | | | |
| **Thomas Reed, Attn: L. Knopf** **c/o Law Ofc of R. W. Ganim** **2192 Main Street** **Stratford, CT 06615** | - | | | | X | X | X | **Undetermined** |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| **1,119.63** |

B6F (Official Form 6F) (12/07) - Cont.

In re __**NSB Advisors LLC**_____,    Case No. __**15-35009 (CGM)**__
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | | | | | |
| **Transperfect** **Attn: Pres or Gen Counsel** **3 Park Avenue, 39th Floor** **New York, NY 10016** | - | | | | | | | | **22,680.51** |
| **Account No.** | | | | | | | | | |
| **Utility Service Holding Co.** **c/o Smiley Bishop & Porter** **1050 Crown Pointe Pkwy,Ste1250** **Atlanta, GA 30338** | - | | | | | X | X | X | **Undetermined** |
| **Account No.** | | | | | | | | | |
| **Verizon** **Attn: Pres or Gen Counsel** **500 Technology Dr. Ste. 550** **Weldon Spring, MO 63304** | - | | | | | | | | **196.78** |
| **Account No. 883234** | | | | | | | | | |
| **Verizon Wireless** **Attn: Pres or Gen Counsel** **30 Independence Blvd** **Warren, NJ 07059** | - | | | | | | | | **394.00** |
| **Account No. C1471861** | | | | | | | | | |
| **W.B. Mason** **Attn: Pres or Gen Counsel** **59 Centre Street** **Brockton, MA 02301** | - | | | | | | | | **235.60** |

Sheet no. __**8**___ of __**9**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,506.89**

B6F (Official Form 6F) (12/07) - Cont.

In re   **NSB Advisors LLC**                                            ,   Case No.   __15-35009 (CGM)__
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Westage Medical Development II** **200 Westage Business Center Dr** **Suite 100** **Fishkill, NY 12524** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **William F. Nicklin** **3 Rivers Edge** **Newburgh, NY 12550** | - | | | | | | 5,224,938.80 |
| Account No. | | | | | | | |
| **Willis Insurance of MD** **Attn: Pres or Gen Counsel** **12505 Park Potomac Ave Ste 300** **Potomac, MD 20854** | - | | | | | | 4,810.43 |
| Account No. | | | | | | | |
| **WilmerHale** **7 World Trade Center** **250 Greenwich Street** **New York, NY 10007** | - | | | | | | 1,600.00 |
| Account No. | | | | | | | |

Sheet no. __9___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,231,349.23

Total
(Report on Summary of Schedules)          31,060,406.84

B6G (Official Form 6G) (12/07)

.

In re    **NSB Advisors LLC**                                                    ,    Case No.    **15-35009 (CGM)**
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Abacus Information Technology dba Abacus Group LLC One Front Street, 10th Floor San Francisco, CA 94111** | **Information Technology Services Agreement.** |
| **Accusource, LLC Attn: Ryan Kerry 120 E. Uwchlan Ave. Ste 100 Exton, PA 19341** | **Master Services Agreement.** |
| **Advent Software, Inc. 600 Townsend Street Suite 500, Sixth Floor San Francisco, CA 94103** | **Advent Subscription Services Agreement.** |
| **Atlantic Business Products C/o Atlantic Tomorrows Office GPO PO Box 26200 New York, NY 10087-6200** | **Maintenance Agreement on copier.** |
| **Automated Securities Clearance Attn: Contract Administration 545 Washington Blvd, 7th Floor Jersey City, NJ 07310** | **SunGard Global Network Access Agreement.** |
| **BTIG 600 Montgomery Street, 6th FL. Attn: Pres. or Gen. Counsel San Francisco, CA 94111** | **Prime brokerage clearance service agreement** |
| **Cantor Fitzgerald & Co. 110 East 59th Street New York, NY 10022** | **Prime Brokerage Clearance Services Agreement** |
| **Client Contracts** | **The Debtor has approximately 410 contracts with clients, under which the Debtor provides financial advisory services and the clients pay certain fees for such services. In the event of a sale of the Debtor's assets, the Debtor will seek the consent of the clients to the assignment of such contracts to the buyer.** |
| **Dow Jones Attn: Susan Frein 4300 US 1 South Brunscwick Town, NJ 08852** | **Subscription agreement.** |

**2**
_____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **NSB Advisors LLC**                                                                      Case No.    **15-35009 (CGM)**
                                                              ,
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Factset Research Systems Inc.**<br>**601 Merritt 7**<br>**Norwalk, CT 06851** | **License agreement.** |
| **Fascet LLC**<br>**Attn: Charles Ross**<br>**224 W. 30th Street, Ste. 203**<br>**New York, NY 10001** | **Application Hosting Agreement.** |
| **Global Relay Communications**<br>**220 Cambie Street, 2nd Flr**<br>**Vancouver BC V6B 2MB**<br>**Attn: Legal** | **Services agreement.** |
| **GMP Securities, LLC**<br>**331 Madison Ave., 12th Fl**<br>**Attn: Pres. or Gen. Counsel**<br>**New York, NY 10017** | **Prime brokerage clearance service agreement** |
| **Interactive Data Pricing and**<br>**Reference Data LLC**<br>**32 Crosby Drive**<br>**Bedford, MA 01730** | **Services and Licensing Agreements.** |
| **JADM Compliance Services, Inc.**<br>**Attn:James McFadden, President**<br>**124 Brookside Lane**<br>**Lagrangeville, NY 12540** | **Independent Consultant Agreement** |
| **Jan-Pro Cleaning Systems**<br>**15 North Mill Street**<br>**Nyack, NY 10960** | **Office cleaning services contract.** |
| **Light Tower Fiber Long Island**<br>**dba Lightower Fiber Networks**<br>**80 Central Street**<br>**Boxborough, MA 01719** | **Service provider agreement.** |
| **New York Stock Exchange, Inc.**<br>**Attn: Director of Market Data**<br>**11 Wall Street**<br>**New York, NY 10005** | **Agreement for Receipt of Consolidated Network A Data and NYSE Market Data.** |
| **Optimum Business**<br>**Attn: Pres or Gen Counsel**<br>**1111 Stewart Avenue**<br>**Bethpage, NY 11714** | **Service provider agreement** |
| **Pershing Advisor Solutions LLC**<br>**One Pershing Plaza, 14th Floor**<br>**Jersey City, NJ 07399** | **Investment Advisor Agreement** |

Sheet    **1**    of    **2**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **NSB Advisors LLC**                                                         ,    Case No.    **15-35009 (CGM)**
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Pitney Bowes**<br>**Attn: Maryjane Calladio**<br>**27 Waterview Drive**<br>**Shelton, CT 06484** | **Lease on mailing system.** |
| **Sidoti & Co., LLC**<br>**317 Madison Ave., Suite 1410**<br>**Attn: pres. or Gen. Counsel**<br>**New York, NY 10017** | **Prime brokerage clearance service agreement**<br>**a/k/a ConvergEx Executions Solutions** |
| **Westage Medical Development II**<br>**200 Westage Business Center Dr**<br>**Suite 120**<br>**Fishkill, NY 12524** | **Real property lease for premises located at 200**<br>**Westage Business Center Drive, Suite 228,**<br>**Fishkill, NY 12524** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re __**NSB Advisors LLC**_____,    Case No. __**15-35009 (CGM)**_____
                                    **Debtor**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Southern District of New York

In re   **NSB Advisors LLC**

Debtor(s)

Case No.   **15-35009 (CGM)**

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   1/5/2015

Signature   /s/ William F. Nicklin

**William F. Nicklin**
**Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.