# United States Bankruptcy Court
## Southern District of New York

In re  **NSB Advisors LLC**,
Debtor

Case No. **15-35009 (CGM)**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| NSB Holdings Group LLC<br>3 Rivers Edge<br>Newburgh, NY 12550 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **1/5/2015**

Signature **/s/ William F. Nicklin**
**William F. Nicklin**
**Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders