UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

                                        Chapter 11 Case

**NSB ADVISORS LLC,**                    Case No. 15-35009 (CGM)

        Debtor.

_____x

## NOTICE OF CANCELLATION OF AUCTION

        Pursuant to the terms of the Bidding Procedures approved by the Court by Order dated January 29, 2015 [D.N. 46], the deadline for submission of alternative bids for the assets of the above-captioned debtor and debtor-in-possession (the "Debtor") was March 10, 2015 at 12:00 noon (ET).  The Debtor received no alternative bids by the bid deadline.  Therefore, the auction scheduled for March 12, 2015 at 10:00 a.m. is cancelled and the "stalking horse" bidder, Emancipation Management LLC, is deemed the successful bidder for the assets.

        The hearing to, among other things, seek approval of the sale, is scheduled to commence on March 25, 2015 at 1:00 p.m. (ET).  At that hearing, the Debtor will seek approval of the sale to Emancipation Management LLC or its designee.

Dated: New York, New York
       March 10, 2015

                                                HALPERIN BATTAGLIA RAICHT, LLP,
                                                Counsel to NSB Advisors LLC

                                                By: */s/ Alan D. Halperin*
                                                Alan D. Halperin, Esq.
                                                Donna H. Lieberman, Esq.
                                                40 Wall Street, 37th floor
                                                New York, NY 10005
                                                Telephone:  (212) 765-9100
                                                Email: ahalperin@halperinlaw.net
                                                                 dlieberman@halperinlaw.net.

1