UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

**NSB ADVISORS LLC**,

Debtor.
---------------------------------------------------------------x

Chapter 11 Case
Case No. 15-35009 (CGM)

### ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS TO FILE A PLAN AND SOLICIT ACCEPTANCES THERETO

Upon the motion (the "Motion") of NSB Advisors LLC, the debtor and debtor-in-possession herein (the "Debtor"), for an order pursuant to § 1121(d) of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), extending by ninety (90) days the Debtor's exclusive periods in which to file a plan and solicit acceptances thereto; and notice of the Motion having been given to (i) all parties having filed Notices of Appearance in this case as of the date of the Motion; and (ii) the Office of the United States Trustee; and no other or further notice being necessary or required; and no objections to the Motion having been filed; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that pursuant to Bankruptcy Code § 1121(d), the Debtor's exclusive period in which to file a plan is extended by ninety (90) days, to and including **August 3, 2015**; and it is further

**ORDERED,** that pursuant to Bankruptcy Code §1121(d), the Debtor's exclusive period in which to solicit votes with respect to a plan is extended by ninety (90) days, to and including **October 5, 2015**; and it is further

{00237227.1 / 1056-002 }

**ORDERED**, that the relief granted herein is without prejudice to the Debtor's right to request further extensions of its exclusive periods, and the rights of other parties to request that the Court shorten such time, for cause shown.



**Dated: May 6, 2015**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**